# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___1/26/2026___

January 23, 2026

**MEMORANDUM ENDORSED**

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

   Re:   **Norris v. Clintonville Cleaner Corporation, d/b/a Clintonville Cleaner, et al.**
         **Case 1:25-cv-08764-GHW**

Dear Judge Woods:

   The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 30, 2026 at 4:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 9 & D.E. 10].  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

   Thank you for your consideration of this first adjournment request.

                           Sincerely,

                           By: /S/   B. Bradley Weitz
                              B. Bradley Weitz, Esq. (BW9365)
                              THE WEITZ LAW FIRM, P.A.
                              Attorney for Plaintiff
                              Bank of America Building
                              18305 Biscayne Blvd., Suite 214
                              Aventura, Florida 33160
                              Telephone: (305) 949-7777
                              Facsimile:  (305) 704-3877
                              Email: bbw@weitzfirm.com

Application granted.  Plaintiff's January 23, 2026 request to adjourn the initial pretrial conference, Dkt. No. 15, is granted.  The initial pretrial conference scheduled for January 30, 2026 is adjourned to March 20, 2026 at 1:00 p.m.  The joint status letter and proposed case management plan described in the Court's October 23, 2026 order are due no later than March 13, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.
Dated:  January 26, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge