USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                     :

NAMEL NORRIS,                         :

                             Plaintiff,     :             1:25-cv-8764-GHW

                           :

            -v-                    :              <u>ORDER</u>

                           :

CLINTONVILLE CLEANER CORPORATION,  :
*et al.*,                                :

                           :

                     Defendants.  :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

By letter dated January 22, 2026, Yenni Sihombing, requested an extension of time in this case. Dkt. No. 18. Although Yenni Sihombing does not identify specifically what the requested extension of time is sought for, the Court construes the request as seeking additional time to answer or otherwise respond to the complaint. That request is granted as to both Defendants. The deadline for Defendants to answer or otherwise respond to the complaint is extended to February 27, 2026.

In that letter, Yenni Sihombing identifies as "the owner of Clintonville Cleaner Corporations and represents that "I am willing to proceed *pro se*." Dkt. No. 18. Corporate entities—such as Clintonville Cleaner Corporation—*must* appear before the Court through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02. In other words, Defendant Clintonville Cleaner Corporation *must* retain an attorney should it wish to appear in this action and Yenni Sihombing may not appear on behalf of Clintonville Cleaner Corporation *pro se*. *Sec. & Exch. Comm'n v. Research Automation Corp.*, 521 F.2d 585, 589 (2d Cir. 1975) ("It is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to Rule 55[.]"); *see also, e.g., City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129, 130 (2d Cir. 2011)..

Plaintiff is directed to serve a copy of this order on Defendant Clintonville Cleaner Corporation.  The Clerk of Court is directed to mail a copy of this order to Yenni Sihombing.

SO ORDERED.

Dated: January 28, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge